IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MS. VIRGINIA K. PARKER,<br>Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2894 |
| TIFFANY N. THOMPSON, *et al.*,<br>Defendants. | : | FILED<br>JUL 19 2018<br>KATE BARKMAN, C!<br>By_____ |

**ORDER**

AND NOW, this 17 day of July, 2018, upon consideration of Plaintiff Virginia K. Parker's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice**, pursuant to Rule 8 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2(B)(ii), in accordance with the Court's Memorandum.

4. Parker is given leave to file an amended complaint within thirty (30) days of the date of entry of this Order in the event that she can state a plausible claim that lies within this Court's jurisdiction. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. Any amended complaint must be a complete document that describes in detail the basis for Parker's claims against each defendant. The amended complaint should not refer to any of the numerous documents that Parker submitted with her Complaint. If Parker files an amended complaint, the Clerk shall not make service until so **ORDERED**.

5.  The Clerk of Court is **DIRECTED** to send Parker a blank copy of this Court's current standard for to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Parker may use this form to prepare her amended complaint.

6.  If Parker fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
C. DARNELL JONES, II, J.