# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MS. VIRGINIA K. PARKER,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 18-CV-2894** |
| | : | |
| **TIFFANY N. THOMPSON**, *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 12th day of September, 2018, upon consideration of Plaintiff Virginia K. Parker's *pro se* Amended Complaint (ECF No. 9), as well as the Court's August 30, 2018 Order that dismissed this action for failure to prosecute (ECF No. 8), it is **ORDERED** that:

1.    The Clerk of Court is **DIRECTED** to reopen this case.

2.    The Court's August 30, 2018 Order is **VACATED**.

3.    The Clerk of Court is **DIRECTED** to amend the caption to reflect that the following individuals are the named Defendants: (1) Tiffany N. Thompson; (2) Ms. Marsha Hamilton; (3) Mr. DeKaurtius; (4) Mr. Hernandez; (5) Ms. Smallwood; (6) Ms. Smiley; and (7) Mr. David King.

4.    The Amended Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction for the reasons set forth in the Court's Memorandum.

5.    Parker is given leave to file a second amended complaint within thirty (30) days of the date of entry of this Order in the event that she can state a plausible claim over which this Court may exercise subject matter jurisdiction. Any individual or entity that is not listed in the caption of the second amended complaint will not be treated as a defendant. Any second amended complaint must be a complete document that describes in detail the basis for Parker's

claims against each defendant.  The second amended complaint should not refer to Parker's previous Complaint and Amended Complaint filed in this matter.  If Parker files a second amended complaint, the Clerk shall not make service until so **ORDERED**.

6. The Clerk of Court is **DIRECTED** to send Parker a blank copy of this Court's current standard to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.  Parker may use this form to prepare her second amended complaint.

7. If Parker fails to file a second amended complaint, her case may again be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

**/s/ C. Darnell Jones, II**
_____
**C. DARNELL JONES, II, J.**