# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MS. VIRGINIA K. PARKER,<br>**Plaintiff,** | :<br>:<br>: |
| v. | :     **CIVIL ACTION NO. 18-CV-2894** |
| TIFFANY N. THOMPSON, *et al.*,<br>**Defendants.** | :<br>:<br>: |



FILED
DEC 07 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 6th day of December, 2018, upon consideration of Plaintiff Virginia K. Parker's *pro se* Second Amended Complaint (ECF No. 12), it is **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. To the extent Parker raises a failure to investigate claim pursuant to 42 U.S.C. § 1983, such claim is **DISMISSED with prejudice**. Parker's state law claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction. Parker may not file a third amended complaint in this matter.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.